**FILED**
FEB 15 2011
Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 11 CR 21 CVE |
| | ) | |
| | ) | **FILE UNDER SEAL** |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | [COUNT 1: 21 U.S.C. §§ 841(a)(1) & |
| v. | ) | 841(b)(1)(D) - Possess Marijuana With |
| | ) | Intent to Distribute; |
| JEREMY D. WILSON, | ) | COUNT 2: 18 U.S.C. § 924(c)(1)(A)(i) - |
| | ) | Possess Firearm in Furtherance of a |
| Defendant. | ) | Drug Trafficking Crime] |

**THE GRAND JURY CHARGES:**

**SEALED**

### COUNT ONE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(D)]

On or about December 21, 2010, in the Northern District of Oklahoma, the defendant, **JEREMY D. WILSON**, did knowingly and intentionally possess with the intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT TWO
[18 U.S.C. § 924(c)(1)(A)(i)]

On or about December 21, 2010, in the Northern District of Oklahoma, the defendant, **JEREMY D. WILSON**, did knowingly possess one Sarsilmaz, Model Kama, 9mm Pistol, in furtherance of a drug trafficking crime to wit: Possess Marijuana With Intent to Distribute, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), for which he may be prosecuted in a court of the United States, as more fully set forth in Count One.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

THOMAS SCOTT WOODWARD
UNITED STATES ATTORNEY

A TRUE BILL

JOEL-LYN A. MCCORMICK
Assistant United States Attorney

/s/ Grand Jury Foreperson
Grand Jury Foreperson

2